# Court of Appeals
## Tenth Appellate District of Texas

=====

10-25-00148-CV

=====

In re Alejandro Macias

=====

Original Proceeding

=====

JUSTICE HARRIS delivered the opinion of the Court.

### MEMORANDUM OPINION

A Petition for Writ of Mandamus was filed May 13, 2025. In a letter dated May 13, 2025, the Clerk of this Court notified Relator that the petition must include a table of contents with references to the pages of the petition and be bookmarked to assist in locating each item on or before Tuesday, May 20, 2025. TEX. R. APP. P. 54. The deadline provided in the Clerk's Notice has passed, and the petition has not been amended.

Accordingly, this proceeding is dismissed. TEX. R. APP. P. 42.3(c).

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  June 5, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
OT06

